THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEMPHIS JONES, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn Prison, Respondent.

Submitted April 5, 1943; decided April 15, 1943.

*Lemphis Jones,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr.,* of counsel), opposed.

Motion dismissed on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.